UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHALAE SEALEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHASE BANK (U.S.A.), N.A.,<br><br>　　　　　Defendant. | Case No. 19-cv-07710-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 46 |

　　　　The parties have filed a notice of settlement. ECF No. 46. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

　　　　This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

　　　　**IT IS SO ORDERED**.

Dated: March 9, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge